# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STACIE ELAISE JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) NO. CIV-19-0411-HE ) |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## **ORDER**

In this action, plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner") that plaintiff was not disabled under the Social Security Act. On February 19, 2020, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation recommending that the Commissioner's decision be affirmed. The parties were advised of their right to object to the Report and Recommendation by March 11, 2020.

Neither party objected to the Report and Recommendation. Therefore, the parties have waived their rights to appellate review of the factual and legal issues it addressed. *See* Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #22] and **AFFIRMS** the decision of the Commissioner.

**IT IS SO ORDERED**.

Dated this 17th day of March, 2020.

                                                  JOE HEATON
                                                  UNITED STATES DISTRICT JUDGE